UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOGICALIS, INC.
a New York corporation,

     Plaintiff,

vs.

                                              Case No. 20-
                                              Hon.

PETER GRAVES,
DATATREND TECHNOLOGIES, INC.
a Minnesota corporation,

     Defendants.

---

FRANK & FRANK LAW
By:  JONATHAN B. FRANK (P42656)
JANETTE E. FRANK (P42661)
Attorneys for Plaintiff
3910 Telegraph Road, Suite 200
Bloomfield Hills, Michigan  48302-1461
(248) 723-8691
jonfrank@frankandfranklaw.com
janfrank@frankandfranklaw.com

---

## EXHIBIT LIST TO COMPLAINT

Exhibit A:    Non-Disclosure, Non-Solicitation, and Proprietary Rights Agreement

Exhibit B:    Logicalis March 12, 2020 notice